**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004, | *<br><br>* | |
| Plaintiff-Counterclaim-Defendant, | * | |
| and | * | |
| PAUL A. DEBOLT<br>575 7th Street, N.W.<br>Washington, DC 20004, | *<br><br>* | No.: 1:14-CV-2010 (RJL) |
| Counterclaim-Defendant, | * | |
| v. | * | |
| OVERSEAS LEASE GROUP, INC.<br>1719 State Route 10<br>Suite 235<br>Parsippany, NJ 07054, | *<br><br>*<br><br>* | |
| and | * | |
| ERNEST GEORGE BADCOCK III<br>18 Mark Twain Drive<br>Morristown, NJ 07960, | *<br><br>*<br><br>* | |
| Defendants. | | |

\* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT E. GEORGE BADCOCK III TO DISMISS**
**THE COMPLAINT PURSUANT TO FED. R. CIV. P 9(b)**
**AND FED R. CIV. P. 12(b)(6)**

Defendant E. George Badcock III, by and through his undersigned counsel, respectfully moves pursuant to Fed. R. Civ. P. 9(b)(6) and Fed. R. Civ. P. 12(b)(6) for an order dismissing the Complaint for failure (i) to plead fraud with the particularity required by Fed. R. Civ. P. 9(b) and (ii) to state a claim on which relief can be granted under Fed. R. Civ. P. 12(b)(6).

For the reasons set forth in the attached Memorandum of Points and Authorities, Mr. Badcock respectfully requests that his motion be granted and the Complaint dismissed.

Dated: January 20, 2015

Respectfully submitted,

WILLIAM COWDEN LLC

By:   /s/ William R. Cowden
DC Bar 426401
William Cowden LLC
1150 Connecticut Avenue, N.W., Suite 900
Washington, DC 20036
(202) 828-4100
(202) 828-4130 (fax)
wcowden@cowdenllc.com
*Counsel for Defendants-Counterclaimant*

– and –

FED NEXUS LAW
James S. Phillips
1953 Gallows Road
Vienna, Virginia 22182
(703) 288-2800 (T)
(703) 288-4868 (F)
Phillipsj@fednexuslaw.com
*– Of Counsel –*

– and –

PAUL BATISTA, P.C.
26 Broadway – Suite 1900
New York, New York 10004
(212) 980-0070 (Tel)
(212) 344-7677 (Fax)
Batista007@aol.com
*– Of Counsel –*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 20th day of January 2014, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system on all counsel of record.

            _/s/_ William R. Cowden_____
            William Cowden LLC
            1150 Connecticut Avenue, N.W., Suite 900
            Washington, DC 20036
            (202) 828-4100
            (202) 828-4130 (fax)
            wcowden@cowdenllc.com
            *Counsel for Defendants-Counterclaimants*