**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VENABLE LLP | * |
|     Plaintiff | * |
|     v. | * |
| | Case No.: 1:14-cv-02010-RJL |
| OVERSEAS LEASE GROUP, INC., *et al*. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>STIPULATION OF DISMISSAL</u>**

The parties, by their undersigned counsel, stipulate to the dismissal with prejudice of Count III as to Defendant Ernest George Badcock III.

                                                    Respectfully submitted:

Dated: October 8, 2015

                                                    /s/
                                      Andrew Gendron (D.C. Bar #: 471159)
                                      *Agendron@venable.com*
                                      VENABLE LLP
                                      750 East Pratt Street, Suite 900
                                      Baltimore, Maryland 21202
                                      (410) 244-7439

                                      *Attorney for Venable LLP*

        /s/
William R. Cowden (DC Bar. #: 426301)
WILLIAM COWDEN, LLC
1150 Connecticut Avenue, N.W., Ninth Floor
Washington, DC 20036
Tel. (202) 862-4360
Fax (888) 899-6053
wcowden@cowdenllc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of October, 2015, I cause a copy of the foregoing paper to be served on counsel of record via the Court's CM/ECF system.

        /s/
Andrew Gendron

**Exhibit 2**