IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENABLE LLP | * |
| Plaintiff | * |
| v. | * |
| | Case No.: 1:14-cv-02010-RJL |
| OVERSEAS LEASE GROUP, INC., *et al.* | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL

The remaining parties to this action, Plaintiff Venable LLP and Defendant Overseas Lease Group, Inc. ("OLG"), have entered into a settlement agreement dated October 15, 2015 ("Settlement Agreement"), under which they agreed that the Parties' obligation to comply with the Settlement Agreement's terms shall be part of an Order of Dismissal (in the form attached hereto as Exhibit A) to be entered by this Court; and that the Court shall retain jurisdiction to enforce compliance with the Settlement Agreement. Accordingly, Venable and OLG move the Court to enter the Order of Dismissal attached hereto as Exhibit A.

Dated: October 15, 2015

Respectfully submitted,

/s/
_____
Andrew Gendron (D.C. Bar #: 471159)
AGendron@venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7439

*Attorney for Venable LLP*

-2-

/s/
William R. Cowden (D.C. Bar #: 426301)
*WCowden@cowdenllc.com*
WILLIAM COWDEN LLC
1150 Connecticut Avenue, N.W., Ninth Floor
Washington, D.C. 20036
(202) 862-4360

*Attorney for OLG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of October, 2015, I caused a copy of the foregoing paper to be served on counsel of record via the Court's CM/ECF system.

/s/
Andrew Gendron