IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 19 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| VENABLE LLP | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:14-cv-02010-RJL |
| OVERSEAS LEASE GROUP, INC., *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL
October 17 2015 [Dkt. # __]

The Parties to this action have advised the Court that they have entered into a settlement agreement dated October 15, 2015 ("Settlement Agreement"); that the Settlement Agreement provides that the Parties' obligation to comply with its terms shall be part of this Order of Dismissal; and that the Settlement Agreement further provides that the Court shall retain jurisdiction to enforce compliance therewith. It is, accordingly, hereby

**ORDERED**, that the Complaint [Dkt. #1] is **DISMISSED** with prejudice, with each Party to bear its own costs; provided, however, that the Court shall retain jurisdiction to enforce compliance with the terms of the Settlement Agreement.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

10196126.2